# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

_____ Division

SANDRA D. LONDON )
)
Plaintiff(s) )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
AMAZON LLC. MEM#1 AND MEM#3 )
HR DEPT, GENERAL AND ASSISTANT MANAGERS, )
AREA & OPERATION MANAGERS LISTED )
)
Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.)

Case No. 3:22cv80-MPM-JMV
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

RECEIVED MAY 11 2022 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: SANDRA D. LONDON
Street Address: 7320 HIGHWAY 161N. 19A
City and County: WALLS DESOTO
State and Zip Code: MISSISSIPPI 38680
Telephone Number: (901) 2546241
E-mail Address: User411858@aol.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | AMAZON MEME#3 HUMAN RESOURCE DEPARTMENT |
| Job or Title *(if known)* | MEM#3 HUMAN RESOURCES |
| Street Address | 1615 COMMERCE PKWY |
| City and County | HORN LAKE  DESOTO |
| State and Zip Code | MISSISSIPPI  38637 |
| Telephone Number | 662-874-0214 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | MICHAEL DEFILIPPO |
| Job or Title *(if known)* | MEM#3 GENERAL MANAGER |
| Street Address | 1615 COMMERCE PKWY |
| City and County | HORN LAKE  DESOTO |
| State and Zip Code | MISSISSIPPI  38637 |
| Telephone Number | 662-874-0214 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | VINCE NIEMIEC NIEMIEC |
| Job or Title *(if known)* | AREA MANAGER MEM#1 |
| Street Address | 3292 E, HOLMES ROAD |
| City and County | MEMPHIS  SHELBY |
| State and Zip Code | TENNESSEE 38118 |
| Telephone Number | 662 874-0214 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | KAYLA OWENS |
| Job or Title *(if known)* | AREA MANAGER |
| Street Address | 1615 COMMERCE PKWY |
| City and County | HORN LAKE DESOTO |
| State and Zip Code | MISSISSIPPI  38637 |
| Telephone Number | 662-874-0214 |
| E-mail Address *(if known)* | |

Defendant No. 5

| | |
|---|---|
| Name | AUGUSTO AREVALO |
| Job or Title (if known) | AREA MANAGER MEM#3 |
| Street Address | 1615 COMMERCE PKWY |
| City and County | HORN LAKE DESOTO |
| State and Zip Code | MISSISSIPPI 38637 |
| Telephone Number | 662-874-0214 |
| E-mail Address (if known) | |

Defendant No. 6

| | |
|---|---|
| Name | KAREEN WILLIAMS |
| Job or Title (if known) | MEM#3 AREA MANAGER |
| Street Address | 1615 COMMERCE PKWY |
| City and County | HORN LAKE DESOTO |
| State and Zip Code | MISSISSIPPI 38637 |
| Telephone Number | 662-874-0214 |
| E-mail Address (if known) | |

Defendant No. 7

| | |
|---|---|
| Name | RAQUEL WOODS |
| Job or Title (if known) | AREA MANAGER MEM#1 |
| Street Address | 1615 COMMERCE PKWY |
| City and County | HORN LAKE DESOTO |
| State and Zip Code | MISSISSIPPI 38637 |
| Telephone Number | 662 874-0214 |
| E-mail Address (if known) | |

Defendant No. 8

| | |
|---|---|
| Name | KELSEY DANNER LOUDERMILK |
| Job or Title (if known) | AREA MANAGER |
| Street Address | 1615 COMMERCE PKWY |
| City and County | HORN LAKE DESOTO |
| State and Zip Code | MISSISSIPPI 38637 |
| Telephone Number | 662-874-0214 |
| E-mail Address (if known) | |

Defendant No. 9

| | |
|---|---|
| Name | DERRICK BANKS |
| Job or Title (if known) | AREA MANAGER MEM#3 |
| Street Address | 1615 COMMERCE PKWY |
| City and County | HORN LAKE DESOTO |
| State and Zip Code | MISSISSIPPI 38637 |
| Telephone Number | 662-874-0214 |
| E-mail Address (if known) | |

Defendant No. 10

| | |
|---|---|
| Name | YERVA HULLETT |
| Job or Title (if known) | MEM#3 AREA MANAGER |
| Street Address | 1615 COMMERCE PKWY |
| City and County | HORN LAKE DESOTO |
| State and Zip Code | MISSISSIPPI 38637 |
| Telephone Number | 662-874-0214 |
| E-mail Address (if known) | |

Defendant No. 11

| | |
|---|---|
| Name | CEDRIC ESTES |
| Job or Title (if known) | AREA MANAGER MEM#1 |
| Street Address | 1615 COMMERCE PKWY |
| City and County | HORN LAKE DESOTO |
| State and Zip Code | MISSISSIPPI 38637 |
| Telephone Number | 662 874-0214 |
| E-mail Address (if known) | |

Defendant No. 12

| | |
|---|---|
| Name | LASHUN CALVIN |
| Job or Title (if known) | AREA MANAGER |
| Street Address | 1615 COMMERCE PKWY |
| City and County | HORN LAKE DESOTO |
| State and Zip Code | MISSISSIPPI 38637 |
| Telephone Number | 662-874-0214 |
| E-mail Address (if known) | |

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | AMAZON LLC. MEM#1 & MEM#3 |
| Street Address | 3292 E. HOLMES AND 1615 COMMERCE PKWY |
| City and County | MEMPHIS, TN SHELBY & HORN LAKE DESOTO |
| State and Zip Code | TENNESSEE 38118 & MISSISSIPPI 38637 |
| Telephone Number | (662) 874-0214 |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [✓] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [✓] Unequal terms and conditions of my employment.
- [✓] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
(**HIRE DATE SEPT 2019) - Y2021 MONTHS OF APRIL-DEC 2021; SEE ATTCHED TIMELINE DATES

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [✓] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [✓] race _____
- [✓] color _____
- [✓] gender/sex _____
- [ ] religion _____
- [✓] national origin _____
- [✓] age *(year of birth)* 1961 *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

Male Area Manager advised me that I needed to be at home, I was to old to work at MEM3. My birthday was recently idenified 11/20/2022 prizes given which revealed how old I was. A F/W less qualified and not assigned to my work department was trained by my supervisor. I was skipped/discrimated aganist and picked over my supervisor. Trained F/W from another department for a position in my department. I was more qualified in terms of job experience, time on the job, education and work in the Quality department was the department. I contacted Amazon Headquarters and filed a complaint, as a result Headquarters found evidence of conduct described in the complaint against one of the managers. As a result the management team retaliated against me with false claims and write up of 90 day final. I voluntarily resigned on Jan 3, 2022. See All Attachments #MEMO Attached.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

    A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

    B. The Equal Employment Opportunity Commission *(check one)*:

        ☐ has not issued a Notice of Right to Sue letter.

        ☐ issued a Notice of Right to Sue letter, which I received on *(date)* _____.

    *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

    C. Only litigants alleging age discrimination must answer this question.

    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

        ☑ 60 days or more have elapsed.

        ☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Case: 3:22-cv-00080-MPM-JMV Doc #: 1 Filed: 05/11/22 8 of 8 PageID #: 8

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Hired and placed in the lowest level of management (PA) despite considering my education (MBA) and job experience. Example of Proof: Female White less qualified and not assigned to my area was promoted and trained by my immediate supervisor. Skipped over and not considered in terms of job experience, time on the job in the Quality Department.Contacted Headquarters to address the issue and retaliation, invesitgation found evidence on one of the complaints I filed evidence of conduct violation. The retaliation continued until I resigned on Jan 3, 2021 after being placed on suspension. The listed Amazon Defendants committed and partipated in acts to intimidated, retaliate, failure to promote me, and used my age as a source to discrimate and cause a stressful workplace, depression, and a unhealth work/life conditions of my employment.  **See Attachments

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/10/2022

Signature of Plaintiff: *Sandra M London*

Printed Name of Plaintiff: SANDRA D. LONDON

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address